R. PERCY CHITTENDEN et al., as Executors of WALTER E. DURYEA, Deceased, Respondents, *v.* EVA A. D. THELBERG, Individually and as Executrix of JULIA A. C. DURYEA, Deceased, et al., Respondents, and MARCIA V. Cox, Individually and as Trustee under the Will of JULIA A. C. DURYEA, Deceased, et al., Appellants.

*Duryea* v. *Thelberg*, 144 App. Div. 902, affirmed.
(Argued February 22, 1912; decided March 8, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 14, 1911, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to determine a claim to real property.

*Joseph G. Williamson, Jr.*, for Marcia V. Cox, as trustee, appellant.

*William W. Butcher*, guardian *ad litem*, for Julia E. Cox, appellant.

*F. R. Minrath* and *Henry Siegrist* for plaintiffs, respondents.

*Ward B. Chamberlain* and *Lanman Crosby* for Clifford V. Brokaw, defendant, respondent.

Judgment affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.